**O'HAGAN MEYER LLP**
KATHERINE C. DEN BLEYKER, SB# 257187
   E-Mail: kdenbleyker@ohaganmeyer.com
550 S. Hope Street, Suite 2400
Los Angeles, California 90071
Telephone:  213.647.0005

Attorneys for Defendant, STREAMLINE FINISHES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| GUSTAVO PENA RAMIREZ, an individual and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>STREAMLINE FINISHES, INC., a California Corporation, and DOES 1 through 50,<br><br>      Defendant. | Case No.: 8:24-cv-02249-MWC-ADS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS CLAIMS** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gustavo Pena Ramirez ("Plaintiff") and Defendant Streamline Finishes, Inc. ("Defendant"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. The individual claims in this action may be submitted to binding arbitration pursuant to the applicable collective bargaining agreement, the "Painters and Allied Trades District Council No. 36 Master Labor Agreement (July 1, 2022 Thru June 30, 2025)."

///
///
///
///

---

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS CLAIMS

2. The parties further stipulate and agree that the class claims in this action may be dismissed without prejudice.

RESPECTFULLY SUBMITTED,

DATED: December 17, 2024    **O'HAGAN MEYER LLP**
**KATHERINE DEN BLEYKER**

By: _/s/ K. Den Bleyker_
Katherine C. Den Bleyker
E-Mail: kdenbleyker@ohaganmeyer.com
550 S. Hope Street, Suite 2400
Los Angeles, California, 09971
Telephone: 213.647.0005
Attorney for Defendant, STREAMLINE FINISHES, INC.

DATED: December 17, 2024    **JUSTICE FOR WORKERS, P.C.**
**WILLIAM C. SUNG**

By: _/s/ William Sung_
William C. Sung
E-Mail: william@justiceforworkers.com
3600 Wilshire Boulevard, Suite 1815
Los Angeles, California 90010
Telephone: 323.922.2000
Attorney for Plaintiff, GUSTAVO PENA RAMIREZ

<u>**SIGNATURE CERTIFICATION**</u>

Pursuant to L.R. 504.3.4(a)(2), I hereby certify that all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

_/s/ Kaylee Munoz_

2
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS CLAIMS

# PROOF OF SERVICE
*Ramirez v. Streamline Finishes, Inc.*
USDC Central District Case No.: 8:24-cv-02249-MWC-ADS

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 550 South Hope Street, Suite 2400, Los Angeles, CA 90071.

On December 18, 2024, I served true copies of the following document(s) described as: **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS CLAIMS** on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

JUSTICE FOR WORKERS, P.C.
William C. Sung Esq.
E-Mail: william@justiceforworkers.com
Tiffany L. Luu, Esq.
E-Mail: tluu@justiceforworkers.com
300 Wilshire Boulevard, Suite 1815, Los Angeles, CA 9001
Telephone: (323) 922-2000; Fax: (323) 922-2000

Additional E-Mail: jessica@justiceforworkers.com

Attorneys for Plaintiff, Gustavo Pena Ramirez

The above-mentioned document(s) were served by the following means:

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address kmunoz@ohaganmeyer.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 18, 2024, at Los Angeles, California.

_____
Kaylee Muñoz

3
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS CLAIMS