## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO PENA RAMIREZ, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STREAMLINE FINISHES, INC., a California Corporation, and DOES 1 through 50,<br><br>    Defendant. | Case No.: 8:24-cv-02249-MWC-ADS<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT STREAMLINE FINISHES, INC. (DKT. 14)**<br><br>JS-6 |

Upon review of the Parties' Stipulation of Dismissal Without Prejudice of Defendant Streamline Finishes, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The Parties shall submit the individual claims in the above-entitled matter to binding arbitration.

The class claims in the above-entitled matter are hereby dismissed without prejudice against Defendant Streamline Finishes, Inc.

**IT IS SO ORDERED.**

Dated: December 19, 2024

_____
Honorable Michelle Williams Court
United States District Judge